# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 12-cv-1528 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| DOUGLAS GUNNINK, JANET GUNNINK, RAYMOND YOKIEL, as the Trustee for the PRAIRIE'S EDGE TRUST, and RACHEL FRAUENDIENST, | |
| Defendants. | |

---

Bahram Samie, United States Attorney's Office, 300 South 4th Street, Suite 600, Minneapolis MN 55415; and Mark C. Milton, United States Department of Justice, Tax Division, P.O. Box 7238, Washington, D.C. 20004, for Plaintiff.

Douglas Gunnink, Gaylord, MN, *pro se* Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 19, 2013 (ECF No. 66), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. To the extent it requests the Complaint be dismissed, Mr. Gunnink's Motion (ECF No. 50) is **DENIED AS MOOT.**


Date: <u>September 18, 2013</u>      s/Michael J. Davis
                                     The Honorable Chief Judge Michael J. Davis
                                     United States District Court Judge for the
                                     District of Minnesota