UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 12-1528 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| DOUGLAS GUNNINK, ET AL. | |
| Defendants. | |

Mark C. Milton, **United States Department of Justice, Tax Division**, P.O. Box 7238, Washington, D.C. 20044, for Plaintiff.

Douglas Gunnink, c/o Benton Hall, 3546 East Presidio Circle, Mesa, AZ 85213, *pro se*.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 12, 2013 (Docket No. 109), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant Douglas J. Gunnink is found in contempt of court until such time Defendant Douglas J. Gunnink purges the contempt by:

    a. paying the contempt sanction enumerated below; and

    b. complying with this Court's August 19, 2013 order compelling discovery responses; and

2.      Defendant Douglas J. Gunnink Defendant is directed to pay the Clerk of Court $1,317.36 to the Government in reasonable costs and attorney's fees.

Date: <u>January 15, 2014</u>         <u>s/Michael J. Davis</u>
                                      The Honorable Chief Judge Michael J. Davis
                                      United States District Court Judge
                                      for the District of Minnesota