# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

         Plaintiff,

v.

Douglas Gunnink, Janet Gunnink, Raymond G.
Yokiel, *as the Trustee for the Prairie's Edge
Trust*, and Rachel Frauendienst,

         Defendants.

Civil No. 12-cv-1528 (MJD/TNL)

**ORDER**

Daniel A. Applegate and Mark C. Milton, United States Department of Justice, Tax Division, Post Office Box 7238, Ben Franklin Station, Washington, DC 20044; Bahram Samie, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415 (for Plaintiff).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 23, 2015 [Docket No. 135], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the Government's Motion for Summary Judgment [Docket No. 121] is **GRANTED**, as set forth in the Report and Recommendation.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  March 11, 2015

                              s/Michael J. Davis
                              The Honorable Michael J. Davis
                              Chief United States District Court Judge
                              for the District of Minnesota