# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Civil No. 12-cv-1528 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Douglas Gunnink, Janet Gunnink, Raymond G. Yokiel, *as the Trustee for the Prairie's Edge Trust,* Rachel Frauendienst, Darrel Frauendienst, Erin Swenson, and Cory Swenson, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Tony N. Leung dated November 7, 2016. Neither party filed any objections to the Report and Recommendation.[1]

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based on the Court's de novo review the Court will adopt the Report and Recommendation.

---

[1] Defendant Douglas Gunnink did file a number of documents after the Report and Recommendation was filed, but these documents do not assert any objections to the Report and Recommendation.

**IT IS HEREBY ORDERED** that:

1. Defendant Douglas Gunnink's "Expedited Motion for Household Goods and Heirlooms (ECF No. 155) is **DENIED**.

2. Non-party Zachery Gunnink's "Expedited Motion for Equipment and Property of Zachery John Gunnink" (ECF No. 153) is **DENIED.**

Date:   January 12, 2017         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court